**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1539**

---

IDA M. JACKSON; VENUS O. JACKSON; AARON P.
JACKSON,

          Plaintiffs - Appellants,

    versus

SUSAN WAHLGREN, formerly known as S. R.
Hollinger, Trooper, Maryland State Police,

          Defendant - Appellee,

    and

MARYLAND STATE POLICE; LARRY W. TOLLIVER,
Colonel Superintendent Maryland State Police;
D. B. MACLEAN, 1st Lieutenant Commander;
SERGEANT CASPER; OFFICER GOLDMAN; OFFICER
LASSIE; OFFICER HOUSE; OFFICER NORDSTRAM;
J. O. HAMMELMANN, Major,

          Defendants.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
93-2504-DKC)

---

Submitted: July 10, 1997        Decided: July 22, 1997

---

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ida M. Jackson, Venus O. Jackson, Aaron P. Jackson, Appellants Pro Se. John Joseph Curran, Jr., Attorney General, Baltimore, Maryland; Betty Stemley Sconion, Assistant Attorney General, Kimberly Elizabeth Rice, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Pikesville, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order denying relief on their 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. To the extent Appellants' notice of appeal brings up for consideration the district court's rulings in prior orders, we find no error and affirm on the reasoning of the district court. <u>Jackson v. Maryland State Police</u>, No. CA-93-2504-DKC (D. Md. Apr. 7, 1997; Apr. 12 and Oct 21, 1996; June 20, 1995; Oct. 8 and Nov. 4, 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2